IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: RONNIE J SONNIER            CASE NO: 11-51453
       PEGGY A ARDOIN

## TRANSMITTAL AND DEPOSIT OF UNCLAIMED FUNDS

Now into Court, comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to Code Section 347(a) ninety days or more has passed since final distribution was made under 11 U.S.C. in certain cases, and pursuant to Rule 3011, the name of the persons whom such unnegotiated distribution checks were issued, the amount of the check and the debtor(s)/creditor(s) last known address is as follows:

RONNIE J SONNIER                              Amount      1,929.56
4004 N RICELAND RD
RAYNE, LA 70578

2.

Your Trustee's check for <u>1,929.56</u> payable to the Clerk, U.S. Bankruptcy Court, has been mailed.

Respectfully submitted this 9th day of February, 2017.

                                                       /s/ Keith A. Rodriguez
                                                       KEITH A. RODRIGUEZ
                                                       STANDING TRUSTEE CHAPTER 13
                                                       CHAPTER 13 TRUSTEE
                                                       P O BOX 3445
                                                       LAFAYETTE, LA 70502-3445
                                                       (337)233-4413