

IN RE:

Ronnie J. Sonnier & Peggy A. Ardoin     CASE NO: 11-51453

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

Comes now Dilks & Knopik, LLC, Applicant and Attorney-in-Fact for Ronnie J. Sonnier & Peggy A. Ardoin, Claimant, to make this application for an Order authorizing payment of unclaimed funds now on deposit in the Registry of the Court in the Western District of Louisiana.

The Claimant's name, current address, phone number & Social Security/Tax Identification Number are as follows:

> Ronnie J. Sonnier & Peggy A. Ardoin
> 4004 N. Riceland Rd
> Rayne, LA 70578
> (337) 366-5759
> Last four digits of SSN/TIN: Ronnie: 0828   Peggy: 0828

**Please submit payment to:**

> Ronnie J. Sonnier & Peggy A. Ardoin
> C/o Dilks & Knopik, LLC
> 35308 SE Center St
> Snoqualmie, WA 98065-9216

A dividend in the amount of $1,929.56 was awarded to Ronnie J. Sonnier, the Debtor(s) in the above captioned bankruptcy case. This dividend was not delivered to Claimant(s) due to the following reason:
Dividends were not collected by the debtor, Ronnie J. Sonnier. Ronnie J. Sonnier & Peggy A. Ardoin's current address is listed above.

The Trustee delivered the unclaimed funds to the Clerk of Court pursuant to 11 U.S.C. 347.

Applicant certifies under penalty of perjury that all statements made by Applicant on this application are, to the best of Applicant's knowledge, true and correct. Accordingly, Applicant requests the Court to enter an Order authorizing payment to Claimant c/o Dilks & Knopik, LLC at 35308 SE Center Street, Snoqualmie, WA 98065-9216.

Applicant further certifies that a copy of this application has been mailed to the United States Attorney at 300 Fannin St., Suite 3201, Shreveport, LA 71101

Date: March 20, 2017

Sworn and subscribed to, before me

this 20th day of March, 2017

_____
Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: September 9, 2019

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065-9216
(425) 836-5728
TIN: 74-3049851

IN THE U.S. BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA



Debtor:

Ronnie J. Sonnier & Peggy A. Ardoin

NO: 11-51453

DECLARATION OF BRIAN J DILKS in SUPPORT OF THE APPLICATION FOR UNCLAIMED FUNDS

## DECLARATION

The undersigned hereby declares under penalty of perjury under the laws of the United States that the following is true and correct to the best of the undersigned's knowledge:

1. I am at least 18 years of age and competent to make this declaration in support of the application for unclaimed funds made to this court on behalf of Ronnie J. Sonnier & Peggy A. Ardoin;

2. I have personal knowledge of the present application for unclaimed funds and attested to;

3. I am employed by Dilks and Knopik, LLC as its Managing Member and President in charge of Unclaimed Funds;

4. Dilks & Knopik, LLC is a Washington Limited Liability Company, and is one of the country's leading companies helping individuals and entities recover unclaimed property;

5. Dilks and Knopik, LLC has been in business since 2002, and has an A+ rating with the Better Business Bureau;

6. Dilks and Knopik, LLC strives to ensure the accuracy of fund ownership, and is insured against errors or omissions in the recovery process;

7. Before submitting any application Dilks and Knopik, LLC makes all reasonable efforts to ensure that our client is the person or entity to whom the unclaimed property is owed;

8. Our practice is to distribute our client's share of any proceeds to the client within 5 business day(s) after they are received from the Court Clerk;

9. For our services, we charge a nominal percentage of the total value of the unclaimed property in accordance and compliance with jurisdictional requirements;

10. Based on information and belief, all supporting documentation submitted with the application are true and correct copies of the original.

Signed at Snoqualmie, Washington this <u>17</u> day of <u>March,</u> 20<u>17</u>

Dilks & Knopik, LLC

_____
Brian J Dilks
President – Managing Member

RE: Ronnie J. Sonnier & Peggy A. Ardoin )
) Case: 11-51453
)
)
) **AUTHORITY TO ACT**
) **Limited Power of Attorney**
Debtor(s) ) **LIMITED TO ONE TRANSACTION**

FILED
MAR 29 2017
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Ronnie J. Sonnier & Peggy A. Ardoin** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,929.56** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _Ronnie J Sonnier_     3/13, 20 17
Ronnie J. Sonnier        Date

Tax ID: XXX-XX-2908

X _Peggy A. Ardoin_      3/13, 20 17
Peggy A. Ardoin          Date

Tax ID: XXX-XX-0828

**ACKNOWLEDGMENT**

STATE OF LOUISIANA )    COUNTY OF ACADIA )

On this 13th day of March, 2017, before me, the undersigned Notary Public in and for the said County and State, personally appeared Ronnie J. Sonnier & Peggy A. Ardoin known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that they did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC _Dawn K. Trosclair_
Residing at _206 Ridgeview Dr., Lafayette, LA 70507_
My Commission expires _at death_

DAWN K. TROSCLAIR
Notary Public, State of Louisiana
Statewide Jurisdiction
Lafayette Parish
Notary ID # 87597
My Commission is for Life