UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
Chief Judge Robert Summerhays, Presiding



IN RE: RONNIE J. SONNIERCase No: 11-51453
PEGGY ANN ARDOIN
aka PEGGY SONNIER
*********************************************************************************************

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appears that unclaimed money from the above cited bankruptcy case in the amount of $1,929.56 payable to the debtors, Ronnie J. Sonnier and Peggy Ann Ardoin, is being held on deposit in the Treasury of the United States. Claimants have filed an application through their attorney-in-fact for payment of these funds, and it appears proper in the premises; therefore,

**IT IS ORDERED** that the Clerk of this Court cause to be paid from the Treasury of the United States the amount of **$1,929.56**, adjusted as appropriate for interest and fees, be made payable to: Ronnie J. Sonnier & Peggy Ann Ardoin, c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065-9216 and that they take a receipt for same.

Lafayette, Louisiana; _____April 10_____, 2017

_____
ROBERT SUMMERHAYS
United States Bankruptcy Judge